JEMISON and Another v. WALSH.

PRACTICE.—*Objection to Evidence.*—An exception to the admission of evidence will not be considered by the Supreme Court, if the record do not show the ground of objection, and that the same had been pointed out to the court below.

APPEAL from the Johnson Common Pleas.

RAY, C. J.—This was a suit upon a note executed by the appellants, upon which judgment was rendered.

On the trial the appellants objected to the introduction of the note in evidence, but the court, as appears by the bill of exceptions, "overruled the objection, for the reason that the objection to the evidence was not pointed out." In *Russell* v. *Branham*, 8 Blackf. 277, it was held that the

record must show that the ground of objection to the evidence offered had been pointed out to the court, and such objection, with the reason therefor, must also be made part of the record. This rule was recognized as late as the case of *Ammerman* v. *Crosby*, 26 Ind. 451. The exception to the admission of the note in evidence cannot, therefore, be considered in this court.

The judgment is affirmed, with ten per cent. damages and costs.

*S. P. Oyler* and *D. W. Howe*, for appellants.

*G. M. Overstreet, A. B. Hunter, D. D. Banta,* and *C. Byfield,* for appellee.